**Abatement Order filed November 10, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00523-CV

_____

**MARK THUESEN, Appellant**

**V.**

**CATHERINE E. SCHOOLAR, INDIVIDUALLY; CANDACE GARCIA, INDIVIDUALLY; AARON NEIL CARPENTER, INDIVIDUALLY AND CRAIG PHILLIP MALISOW, INDIVIDUALLY, Appellee s**

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2012-49262A**

## ABATEMENT ORDER

Although no suggestion of bankruptcy was filed in this case, this court has learned from the record in appellant's related appeal docketed under number 14-14-00666-CV that on November 13, 2013, appellant Mark Thuesen petitioned for voluntary bankruptcy protection under Chapter 13 in the United States Bankruptcy Court for the Southern District of Texas under case number 13-37041-H5-13. *See* Tex. R. App. P. 8.1. A bankruptcy suspends the appeal from the date when the

bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. While the automatic stay was lifted for proceedings in the appeal docketed under number 14-14-00666-CV by the bankruptcy court's order signed February 5, 2014, no similar order has been filed in this case. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion to reinstate. *Id.*

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM